IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL SCOTT**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:21cv1805 |
| ) | **Electronic Filing** |
| **WESLEY BIRICOCHI,** Narcotics Agent, ) | |
| **CHAIRMAN SEAN KERTES**, Chairman ) | |
| For Westmoreland County Commissioner's ) | |
| Office, **WESTMORELAND COUNTY** ) | |
| **PRISON**, and **WEXFORD HEALTH** ) | |
| **SOURCES, INC.**, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 1st day of February, 2023, upon due consideration of defendant Wexford Health Sources' ("defendant") motion to dismiss and the Report and Recommendation of the Magistrate Judge addressing the same, and after *de novo* review of the record, IT IS ORDERED that [29] defendant's motion be, and the same hereby is, granted in part and denied in part.  Plaintiff's claims for declaratory and injunctive relief are dismissed with prejudice.  Plaintiff's claims for deliberate indifference to medical and mental health needs, Monell liability and punitive damages are dismissed without prejudice; in this regard Plaintiff may file an Amended Complaint seeking to cure the deficiencies as to these claims in accordance with Magistrate Judge's directives and date for doing so.  In all other aspects the motion is denied. The Report and Recommendation of October 19, 2022, is adopted as the opinion of the court; and

IT FURTHER IS ORDERED that in the event plaintiff intends to address the deficiencies highlighted in the Report and Recommendation, plaintiff shall file his amended complaint on or before March 3, 2023.  Any amended complaint shall fully allege every claim plaintiff intends to

pursue against each specific party for which plaintiff seeks to establish liability as to the claim and be a pleading that stands without reference to or incorporation of the original complaint.

<u>s/David Stewart Cercone</u>
David Stewart Cercone
Senior United States District Judge

cc: The Honorable Maureen P. Kelly,
   United States Magistrate Judge

   Scott Avolio, Esquire
   Christopher J. Wetzel, Esquire
   Jeffrey J. Wetzel, Esquire

   (*Via CM/ECF Electronic Mail*)

   Michael Scott
   1114-2021
   Westmoreland County Prison
   3000 S. Grande Blvd.
   Greensburg, PA 15601

   (*Sent Via First Class Mail*)